COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In re Kenneth B. Chaiken and Chaiken & Chaiken, P.C.

Appellate case number: 01-21-00200-CV

Trial court case number: 1156293

Trial court:     County Civil Court at Law No. 2 of Harris County

   Relators, Kenneth B. Chaiken and Chaiken & Chaiken, P.C., have filed a petition for writ of mandamus in this Court, "challeng[ing] the order that Relators immediately pay sanctions and the various injunctions limiting their ability to seek judicial redress." The April 13, 2021 sanctions order was signed by the Honorable George Barnstone.

   Judge Barnstone resigned from the office of judge of County Civil Court at Law No. 1 of Harris County, Texas, effective July 19, 2021. On September 28, 2021, the mandamus proceeding was abated to allow Judge Barnstone's successor, the Honorable Audrie Lawton-Evans, to reconsider his order. On October 20, 2021, Judge Lawton-Evans transferred the underlying case to County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Jim F. Kovach presiding. On December 21, 2021, this Court lifted a previously imposed stay to enable Judge Kovach to reconsider the ruling made the basis of relators' petition.

   The court asks the parties to file an update advising the Court whether the trial court has reconsidered the April 13, 2021 order and, if not, when a hearing or ruling is anticipated. Responses, if any, should be filed within ten days from the date of this order.

   It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
        Acting individually


Date: <u>February 24, 2022</u>